1094

MARK H. PFENNING, ET AL, *Appellants*, v. SIGN-O-LITE SIGNS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-07351-3, Anne L. Ellington, J., entered March 8, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 32621-4-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY LAMONT JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00924-9, Michael J. Fox, J., entered October 23, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, A.C.J., and Webster, J.

[No. 31852-7-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN CEJA-BETANCOURT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05676-0, Peter Jarvis, J., entered November 18, 1992. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Webster and Kennedy, JJ.

[No. 33451-4-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GENE FOSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00099-0, Joseph A. Thibodeau, J., entered September 24, 1995. *Dismissed* by unpublished per curiam opinion.